[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-15167
_____

D. C. Docket No. 06-61841 CV-JIC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 16, 2008
THOMAS K. KAHN
CLERK

ELIZABETH MELLOR, JAMES MELLOR,
as Co-Administrators of the Estate of
Jason Mellor,

Plaintiffs-Appellees,

versus

JENS PETER MOE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 16, 2008)**

Before EDMONDSON, Chief Judge, and ANDERSON, Circuit Judges, and
COHILL,* District Judge.

PER CURIAM:

_____
*Honorable Maurice B. Cohill, Jr., United States District Judge for the Western District of
Pennsylvania, sitting by designation.

We reject Moe's jurisdictional challenge for the reasons set out in the district court's September 27, 2007, opinion. We also reject Moe's challenge to the damages assessed; we cannot conclude that the district court erred.

AFFIRMED.